**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kaci Jo Miller, a minor, by her father and natural guardian, John Miller, Nancy Miller, John Miller, individually,

Plaintiffs,

Civil No. 01-1973 (RHK/AJB)

vs.

**ORDER**

Craig L. Belcourt, M.D., Charles F. Eisenbeis, M.D.,

Defendants.

---

The above matter is now deemed ready for trial as of February 1, 2003.

Dated: December 10, 2002

RICHARD H. KYLE
United States District Judge

DEC 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK