**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KACI JO MILLER,
et al

Plaintiffs,

vs.

CV 01-1973 RHK/AJB

CRAIG L. BELCOURT, M.D.
et al

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Tuesday, February 4, 2003, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

January 15, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed JAN 15 2003
Richard D. Sletten, Clerk

By: ____________________