**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kaci Jo Miller, et al.,

Plaintiffs,

Civ. No. 01-1973 (RHK/AJB)
**ORDER**

v.

Craig L. Belcourt, M.D., et al.,

Defendants.

---

Before the Court in the above-captioned matter is the Plaintiffs' Motion to Continue the Trial and Grant Leave to Serve an Amended Complaint and the Defendants' Response thereto. On Thursday, January 23, 2003, the Court held a telephone conference with counsel regarding the Motion.

For the reasons stated by the Court in the conference call, **IT IS ORDERED** that the Plaintiffs' Motion to Continue the Trial and Grant Leave to Serve an Amended Complaint is hereby **GRANTED**. The trial scheduled to begin February 4, 2003, is **CONTINUED**.

**IT IS FURTHER ORDERED** that counsel for the Plaintiffs shall contact Magistrate Judge Arthur Boylan as soon as Dr. Giefer has been served with the Amended Complaint, so that Judge Boylan can schedule a Rule 16 conference and set a revised pre-trial schedule.

Dated: January 24, 2003

RICHARD H. KYLE
United States District Judge

FILED JAN 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________