UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KACI JO MILLER, ET AL.,

Plaintiffs,

v.

CRAIG L. BELCOURT, M.D., ET AL.,

Defendants.

Case No. 01-1973 RHK/AJB

NOTICE OF
SCHEDULING CONFERENCE

---

You are hereby given notice that a scheduling conference in the above referenced matter will take place on April 14, 2003, at 8:30 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 3/13/03

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAR 13 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______