UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KACI JO MILLER, ET AL.,

Plaintiffs,

v.

CRAIG L. BELCOURT, M.D., ET AL.,

Defendants.

Case No. 01-1973 RHK/AJB

AMENDED
SCHEDULING ORDER

---

Discovery Plan

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before September 1, 2003.

   b. By Defendant(s) on or before November 1, 2003.

   c. Plaintiff(s) rebuttal response shall be due on or before December 1, 2003.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the parties by January 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht at 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

3. All Expert Depositions shall be complete no later than February 1, 2004.

Filed APR 1 5 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Trial

This case shall be ready for a **Jury** trial on May 1, 2004, or upon resolution of any pending dispositive motions.

Dated: 4/14/03

Arthur J. Boylan
U. S. Magistrate Judge