UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KACI JO MILLER, ET AL.,

Plaintiffs,

v.

CRAIG L. BELCOURT, M.D., ET AL.,

Defendants.

Case No. 01-1973 RHK/AJB

SECOND AMENDED
SCHEDULING ORDER

---

Pursuant to the parties' Stipulation and Request for Amended Scheduling Order the Court enters the following Order:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before December 15, 2003.

   b. By Defendant(s) on or before December 15, 2003.

   c. Plaintiff(s) rebuttal response shall be due on or before January 15, 2004.

Dispositive Motions

1. All dispositive motions shall be **SERVED, FILED AND HEARD BY** the parties by February 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Deb Siebrecht at 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

3. All Expert Depositions shall be complete no later than March 15, 2004.

Filed NOV 07 2003
Richard Sletten, Clerk
Judgment Entered______________
Deputy Clerk's Initials___________

Dated: 11/7/03

Arthur J. Boylan
U. S. Magistrate Judge

MEMORANDUM

The court has considered the parties' Stipulation and Request for Amended Scheduling Order. The Court has granted the request in part and denied it in part. The parties sought to postpone the deadline for the service filing and hearing for dispositive motions to February 15, 2004. The Court has imposed a deadline of February 1, 2004, instead. The trial ready date remains May 1, 2004.

AJB

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.