Cv 01-1973
RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **May 1, 2004. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: December 3, 2003.

DEC 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Kaci Jo Miller<br>et al | Mark Hallberg<br>612-335-3500 |
| | vs CV 01-1973 RHK/AJB<br>JURY | |
| | Craig L. Belcourt<br>et al | John Bland<br>612-338-0661 |
| 2. | Troy Solo<br>et al | Thomas Malone<br>763-780-8500 |
| | vs CV 02-2955 RHK/RLE<br>Fergus Falls | |
| | Trus Joist MacMillan<br>et al | Michael Drysdale<br>612-340-2600<br>Bradley Fisher<br>612-338-8788<br>Robert Graff<br>612-338-0661 |
| 3. | Kohler Mix Specialties Inc. | Geoffrey Jarpe<br>612-672-8200 |
| | vs CV 03-1067 RHK/JSM<br>JURY | |
| | ALFA Laval Inc. | William Tipping<br>612-333-9500 |

| | | |
|---|---|---|
| 4. | Marlene Bertram | Arlo Vande Vegte<br>952-475-2219 |
| | vs CV 03-2080 RHK/RLE<br>Fergus Falls<br>COURT | |
| | vs CV 03-2551 RHK/RLE<br>Fergus Falls<br>Court | |
| | Bernicks Full Line Vending of Twin Cities Inc. etc. | Megan Anderson<br>612-343-2800<br>Dorraine Larison<br>320-252-4414 |
| 5. | Kirk D. Wall | Todd Johnson<br>952-525-1224<br>Harry Josefsberg<br>562-436-9401 |
| | vs CV 03-2823 RHK/AJB<br>COURT | |
| | AIRSERV Group Inc.<br>et al | Bruce Douglas<br>952-835-3800 |