**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MAY, 2004 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning May 3, 2004. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By April 14, 2004:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By April 21, 2004:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By April 27, 2004: Responses to the Written Objections.

Dated: February 27, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge

| | | |
|---|---|---|
| 1. | Kaci Jo Miller<br>et al | Mark Hallberg<br>612-335-3500 |
| | vs CV 01-1973 RHK/AJB<br>JURY | |
| | Craig L. Belcourt<br>et al | John Bland<br>612-338-0661 |
| 2. | Troy Solo<br>et al | Thomas Malone<br>763-780-8500 |
| | vs CV 02-2955 RHK/RLE<br>Fergus Falls | |
| | Trus Joist MacMillan<br>et al | Michael Drysdale<br>612-340-2600<br>Bradley Fisher<br>612-338-8788<br>Robert Graff<br>612-338-0661 |
| 3. | Kohler Mix Specialties Inc. | Geoffrey Jarpe<br>612-672-8200 |
| | vs CV 03-1067 RHK/JSM<br>JURY | |
| | ALFA Laval Inc. | William Tipping<br>612-333-9500 |

| | | |
|---|---|---|
| 4. | Kirk D. Wall<br><br><br><br>vs CV 03-2823 RHK/AJB<br>COURT | Todd Johnson<br>952-525-1224<br>Harry Josefsberg<br>562-436-9401 |
| | AIRSERV Group Inc.<br>et al | Bruce Douglas<br>952-835-3800 |