# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kaci Jo Miller et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-1973 RHK/AJB |
| | ) | Date: April 6, 2004 |
| Craig L. Belcourt, M.D. et al., | ) | Court Reporter: N/A |
| | ) | Tape: 150 |
| Defendants. | ) | Time Commenced: 9:00 a.m. |
| | ) | Time Concluded: 12:30 p.m. |
| | | Time in Court: 3 Hours & 30 Minutes |

Hearing on: **Final Settlement Conference**

APPEARANCES:

Plaintiff: Mark A. Hallberg
Defendant: Cecilie Loidolt, John Bland, David Hutchinson

PROCEEDINGS:

☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
☐ Final pretrial conference held
☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
☒ Settlement reached. Terms stated on the record.
☐ No settlement reached.
☐ Status conference.
☐ Dates discussed for the progression of the case.

IT IS ORDERED:

☐ Schedule Set:
Trial:
PTC:
Discovery:
☐ Proceedings continued to __________________ at _________ a.m./p.m.
☐ Submitted ☐ Sustained ☐ Overruled
☐ Brief time set:

☐ Written order forthcoming.

s/Arthur J. Boylan
U.S. Magistrate Judge