UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kaci Jo Miller,
et al

Plaintiffs,

vs CV 01-1973 RHK/AJB

Craig L. Belcourt, M.D.
et al

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action,for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 8, 2004.

s/Richard Kyle
RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT