HALLBERG
&McCLAIN
ATTORNEYS AT LAW

MARK A. HALLBERG*
TERESA FARISS McCLAIN
MAGGIE PALMISANO PARALEGAL

September 20, 2004

RECEIVED
BY MAIL
SEP 21 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**Certified Mail**
**Return Receipt Requested**

Clerk of U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Miller, a minor v. Belcourt, et al
Court File No.: 01-1973 (RHK/AJB)

Dear Clerk:

Pursuant to the Court's Order, I am enclosing for filing and safekeeping the original Annuity Contract for the above-referenced minor's settlement. This Annuity Contract should be held in safekeeping by the Court until one of the following occurs:

A: The minor, Kaci Jo MIller, reaches the age of majority (June 15, 2012);

B. The terms of the policy have been fully performed; or

C. The minor dies, whichever occurs first.

Thank you for your assistance

Yours very truly,

Mark Hallberg

MH:mobp
Enc.

SCANNED
SEP 22 2004
U.S. DISTRICT COURT ST. PAUL