# RECEIPT OF MINOR SETTLEMENT ORDER AND FUNDS

(Gen. R. Prac. 145.05)

State of Minnesota — UNITED STATES District court

County of RAMSEY — MINNESOTA ~~Judicial District~~

Case Type: ________________

KACI JO MILLER
Plaintiff / Petitioner

Case No. 01-1973.

and

CRAIG L. BELCOURT
Defendant / Respondent

**RECEIPT OF MINOR SETTLEMENT ORDER AND FUNDS**
(Provided Pursuant to Rule 145 of the Minnesota General Rules of Practice)

1. BREMER BANK N.A. ("**Financial Institution**") acknowledges receipt of the sum of $ 28,331.11 on behalf of KACI JO MILLER.

2. **Financial Institution** acknowledges receipt of the Order Approving Settlement and For Deposit Into Restricted Account dated 3-29-05 in this action, and that the funds delivered remain subject to that order in the account specified below:

| | |
|---|---|
| Name of Depository: | BREMER BANK N.A. |
| Branch Name: | CEDAR STREET |
| Branch Address: | 360 CEDAR STREET |
| | |
| | |
| Account Number: | |
| Date Account Opened: | 3-29-2005 |
| Current Balance: | $ 28,331.11 |

3. This account is a federally insured, restricted account, and no withdrawal of either principal or interest shall be allowed by **Financial Institution** without a signed court order in this case.

Dated: 3-29-05

Type or Print Name: RANDY W. RAGETH
Signature: [signature]
Title: SVP

2302258v1