# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF Receipt of Minor Settlement order and Funds**

Kaci Jo Miller

Plaintiff(s)

v.

Case Number: 01-1973 RHK/AJB

Craig L. Belcourt

Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Receipt of Minor's Settlement order and Funds

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal* (Document number of protective order: ___ )

_x__ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: _main document__ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a placeholder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).